| | |
|---|---|
| 1  **KENT R. ROBISON, ESQ.** | ELECTRONICALLY FILED |
| 2  Nevada State Bar No. 1167 | |
|    **ROBISON, BELAUSTEGUI, SHARP & LOW** | |
| 3  71 Washington Street | |
|    Reno, Nevada 89503 | |
| 4  Telephone:  (775) 329-3151 | OCT - 5 2010 |
|    Facsimile:  (775) 329-7169 | |
| 5  Attorneys for Plaintiff | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

BOBBY L. HAYES, an individual,
and as Trustee of the Bobby L. Hayes
Living Trust,

        Plaintiff,

vs.

BANK OF AMERICA, N.A.; BANC
OF AMERICA SECURITIES, LLC;
BANC OF AMERICA INVESTMENT
SERVICES, INC.; and DOES I - XX

        Defendants.
_____/

CASE NO.:   3:09-CV-00727-ECR-RAM

## SUBSTITUTION OF ATTORNEYS

    KENT R. ROBISON, ESQ., and the law firm of ROBISON, BELAUSTEGUI, SHARP & LOW, attorneys of record for Plaintiff BOBBY L. HAYES, an individual, and as Trustee of the Bobby L. Hayes Living Trust, in the above-entitled action, do hereby consent to the substitution of THOMAS C. BRADLEY, ESQ., and the law firm of SINAI, SCHROEDER, MOONEY, BOETSCH, BRADLEY & PACE, as attorneys for Plaintiff, BOBBY L. HAYES, an individual, and as Trustee of the Bobby L. Hayes Living Trust, in the above-entitled matter in their place and stead.

///

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE

DATED this 24th day of September, 2010.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

_____
KENT R. ROBISON - NSB #1167

THOMAS C. BRADLEY, ESQ., and the law firm of SINAI, SCHROEDER, MOONEY, BOETSCH, BRADLEY & PACE, do hereby agree to be substituted in the place of KENT R. ROBISON, ESQ., and the law firm of ROBISON, BELAUSTEGUI, SHARP & LOW, as attorneys of record for Plaintiff BOBBY L. HAYES, an individual, and as Trustee of the Bobby L. Hayes Living Trust, in the above-entitled action,

DATED this 5 day of October, 2010.

SINAI, SCHROEDER, MOONEY, BOETSCH,
BRADLEY & PACE
448 Hill Street
Reno, Nevada 89501

_____
THOMAS C. BRADLEY - NSB #1621

BOBBY L. HAYES, an individual, and as Trustee of the Bobby L. Hayes Living Trust, Plaintiff in the above-entitled case, consents to the substitution of THOMAS C. BRADLEY, ESQ., and the law firm of SINAI, SCHROEDER, MOONEY, BOETSCH, BRADLEY & PACE, in place of KENT R. ROBISON, ESQ., and the law firm of ROBISON, BELAUSTEGUI, SHARP & LOW, as his attorneys of record.

DATED this 28 day of September, 2010.

_____
BOBBY L. HAYES, an individual, and as
Trustee of the Bobby L. Hayes Living Trust

J:\WPData\Krr\1170.001\P-Sub. of Attys.wpd

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____October 5, 2010